UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEANDRE DAVIS                                    CIVIL ACTION

VERSUS                                           NUMBER 13-CV-00562-SDD-RLB

WELTMAN, WEINBERG
AND REIS, CO., LPA, ET AL.

### ORDER OF DISMISSAL

The Court having been advised by counsel that the above action has been settled,

**IT IS ORDERED** that this action is hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

**IT IS FURTHER ORDERED** that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana the 13 day of February, 2014.

*Shelly Dick*

SHELLY D. DICK, DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA



# McGLINCHEY STAFFORD

**JONATHAN G. WILBOURN**
(225) 382-3604 Direct
(225) 343-3076 Fax
jwilbourn@mcglinchey.com

ATTORNEYS AT LAW

CALIFORNIA  FLORIDA  LOUISIANA  MISSISSIPPI  NEW YORK  OHIO  TEXAS

February 13, 2014

105026-1

Via Facsimile Transmission

Hon. Shelly D. Dick
777 Florida Street, Suite 301
Baton Rouge, LA 70801
Facsimile:    389-3641

RE:   Davis v. Weltman, Weinberg and Reis, Co., LPA United States District Court, Middle District of Louisiana, Suit No. 13-562

Dear Judge Dick:

With regard to the above-referenced matter, please know that Weltman, Weinberg and Reis, Co., LPA and the plaintiff have reached a settlement agreement in principal. The parties are currently in the process of finalizing the settlement through a formal settlement agreement and expect to have this process completed shortly. Consequently, we respectfully request that the Court issue a standard 60 day settlement order while the parties finalize the settlement. If you have any questions, please do not hesitate to contact me if you have any questions.

Counsel for the Plaintiff has been simultaneously copied on this letter.

Sincerely,

McGLINCHEY STAFFORD, PLLC

By: _____
       Jonathan G. Wilbourn

cc:   Nicholas M. Graphia

45326 Main Street, Fourteenth Floor • Baton Rouge, LA 70801 • (225) 383-9000 • Fax (225) 343-3076 • www.mcglinchey.com
McGlinchey Stafford PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas.
McGlinchey Stafford LLP in California.